Arthur E. Hempel, Respondent, v. Vernon Jenkins, Appellant.— Aulisi, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Aulisi, J.

David Ehrets, Respondent, v. City of Binghamton, Appellant.— Gibson, P. J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.